Dismissed and Opinion filed January 22, 2004









Dismissed and Opinion filed January 22, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01201-CV

____________

 

ROYNA MARCELLE WATLER,
Appellant

 

V.

 

GLENN ANTHONY WATLER, Appellee

 



 

On Appeal from the 310th District
Court

Harris County, Texas

Trial Court Cause No. 02-28591

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed October 20,
2003.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On December 31, 2003, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed January 22, 2004.

Panel consists of Chief Justice
Hedges and Justices Anderson and Seymore.